# Third District Court of Appeal
## State of Florida

Opinion filed April 5, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0371
Lower Tribunal No. 12-16433

————————

**Sebastian Ohanian, et al.,**
Appellants,

vs.

**Fontainebleau Florida Tower 2, LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

EFR Law Firm, and Eduardo F. Rodriguez, for appellants.

Ross & Girten, and Lauri Waldman Ross; Dimond Kaplan & Rothstein, P.A., and Scott M. Dimond and Lorenz Michel Prüss, for appellees.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.